427 A.2d 254

Silo Inc. v. Phila. Electric Co. et al., Appellant.

Appeal of Philadelphia Electric Company.

Argued March 17, 1980.   Wayne M. Thomas, for appellant;   Robert R. Reeder, for Silo, appellee;   M. Landon Spencer, for Federal Pacific Electric Co., appellee;   Earl T. Britt, for Keystone, appellee;   John F. McElvenny, for A Kravtiz & Sons, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

The order of the court below striking the default judgment as to liability entered by the Prothonotary pursuant to Philadelphia R.Civ.P. 4005(d) (later Rule 145)[1] against addi-

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

1.  Rule 145 was repealed on September 20, 1979, in accordance with the decision in *Gonzales*.

638

tional defendant, Federal Pacific Electric Company for failure to answer interrogatories is affirmed. *See Gonzales v. Procaccio Brothers Trucking Company,* 268 Pa.Super. 245, 407 A.2d 1338 (1979).

Order affirmed.